# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 21, 2010

No. 10-30875
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DAVID WARREN,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CR-154-1

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

David Warren appeals from the order of the district court denying his motion to revoke the magistrate judge's denial of release pending trial. The denial of release pending trial is supported by the evidence of record and the district court's order was not an abuse of discretion. *See United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.